

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2016

No. 04-16-00045-CV

**IN RE ROBINS & MORTON GROUP**,
Robins & Morton Corporation, and Robins & Morton, L.L.C.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Jason Pulliam, Justice

On March 29, 2016, relators filed an unopposed motion to withdraw and substitute counsel in this original proceeding. Relators' motion is GRANTED.

It is so **ORDERED** on April 15, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CI02215, styled *Ramon Ortiz, Individually and as Executor of the Estate of Magda Ortiz, Deceased; Sergio Bernier; and Magda Bernier v. The University of Texas System v. The Robins & Morton Group; Robins & Morton Corporation; Robins & Morton, L.L.C.; SmithGroup/Marmon Mok, A Joint Venture; Marmon Mok; and Marmon Mok, LP*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.